No. 829. WALLER v. NEW AMSTERDAM CASUALTY Co. C. A. 4th Cir. Certiorari denied. *Charles B. Nye* for petitioner.

No. 831. ALGER v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *William C. Erbecker* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 841. HOISTING & PORTABLE ENGINEERS, LOCAL UNION No. 701, OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, ET AL. v. GILBERT ET AL. Supreme Court of Oregon. Certiorari denied. *Clifford D. O'Brien* for petitioners.

No. 843. NICK v. STATE HIGHWAY COMMISSION OF WISCONSIN. Supreme Court of Wisconsin. Certiorari denied. *Elliot N. Walstead* for petitioner. *George Thompson,* Attorney General of Wisconsin, *Lyle E. Strahan,* Deputy Attorney General, *A. J. Feifarek,* Assistant Attorney General, and *George Brunner Schwahn* for respondent.

No. 857. TROST v. AMERICAN HAWAIIAN STEAMSHIP Co. C. A. 2d Cir. Certiorari denied. *Harvey Goldstein* for petitioner. *Gray Williams* for respondent.

No. 905. ANTHONY v. COUNTY OF LOS ANGELES. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Leonidas P. Econom* for petitioner. *Harold W. Kennedy* for respondent.